JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| United States of America | Case No. SACV 10-01168 AG (RNBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| $18,474.34 in bank account funds | |
| Defendant. | |

The Court enters Judgment for Plaintiff and against Defendant.

Dated: January 25, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT